# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TIMOTHY NORMAN**                                                                                                 **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.: 3:17-cv-616-CWR-FKB**

**CITY OF RIDGELAND, ET AL.**                                                            **DEFENDANTS**

## ORDER

This cause is before the Court on Defendant City of Ridgeland's Motion to Compel [34]. The Court held a hearing on the motion on August 14, 2018. Prior to the hearing, the parties were able to resolve all of the issues addressed in the motion, except two.

First, Ridgeland contended that its discovery requests require Plaintiff Timothy Norman to identify and produce certain non-privileged emails between his attorney in the underlying criminal prosecution and the City of Ridgeland Prosecutor, as well as certain related documents. Ridgeland contended that Norman had failed to fully do so.

Second, Ridgeland contended that it was entitled to Norman's tax information and returns for 2008 through 2017, and that he should either provide the City with the documents himself or provide an adequate release so that the City could obtain it directly.

At the hearing and in his supplemental letter brief, Norman's counsel represented that they had produced all emails and documents in his possession, and in the possession of his attorneys, that were responsive to the requests regarding emails and documents from the underlying criminal prosecution. Ridgeland withdrew that portion of its motion at the hearing based upon Plaintiff's representation.

Next, the parties reached an agreement with regard to production of Norman's tax

information. Consistent with the terms of that agreement, the Court ordered as follows:

1. By August 18, 2018, Norman is to fill out and provide to defense counsel IRS Form 4506 to the extent necessary for Defendants to obtain his tax information and returns for 2008 through 2017;

2. Ridgeland is to pay all costs associated with obtaining that documentation from the IRS; and

3. Norman must produce to defense counsel the requested tax information and returns within five days of his receipt thereof from the IRS.

Accordingly, Ridgeland's motion to compel [38] is granted with regard to its requests concerning Norman's tax information. The motion is denied as moot with regard to any other requested relief.

At the hearing, counsel jointly moved *ore tenus* for an extension of the discovery and dispositive motions deadlines. The Court granted that motion. The new deadlines are as follows:

1. Discovery must be completed by November 1, 2018;

2. Dispositive and *Daubert*-type motions are due by November 15, 2018;

3. Trial in this matter is set for a two-week term of court beginning April 15, 2019, before United States District Judge Carlton W. Reeves.

The previously scheduled settlement conference set for February 20, 2019, and pretrial conference set for March 8, 2019, remain unchanged.

SO ORDERED this the 17th day of August, 2018.

                                                /s/ F. Keith Ball  
                                                UNITED STATES MAGISTRATE JUDGE